**Dismiss and Opinion Filed October 2, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00519-CV

### SHEILA K. SIMMONS, Appellant
### V.
### ALLY BANK, Appellee

**On Appeal from the 196th Judicial District Court
Hunt County, Texas
Trial Court Cause No. 85069**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated May 8, 2018, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated May 8, 2018, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal. By letter dated May 30, 2018, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, written verification of payment or arrangements to pay for the clerk's record or written verification appellant had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so

would result in the dismissal of this appeal for want of prosecution.  To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b), 42.3 (b), (c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

180519F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

SHEILA K. SIMMONS, Appellant

No. 05-18-00519-CV          V.

ALLY BANK, Appellee

On Appeal from the 196th Judicial District Court, Hunt County, Texas

Trial Court Cause No. 85069.

Opinion delivered by Chief Justice Wright. Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ALLY BANK recover its costs of this appeal from appellant SHEILA K. SIMMONS.

Judgment entered October 2, 2018.